UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at FRANKFORT)

| | |
|---|---|
| BETSY BOWEN, Administratrix of the Estate of Michael Wayne Tillman, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 3:10-01-DCR |
| V. ) ) | **ORDER** |
| BOBBY WAITS, et al., ) ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On August 19, 2011, this matter came before the undersigned for a telephonic conference to discuss the rescheduling of a settlement conference that had been cancelled by a prior Order. [R. 41]. Present and participating in the conference were: George Carter for the Plaintiff, and Chris Gadansky and Robert Duncan for the Defendants. Having considered the matter fully, and the Court being otherwise sufficiently advised,

IT IS ORDERED THAT a settlement conference will be held on FRIDAY, SEPTEMBER 23, 2011, AT THE HOUR OF 9:30 A.M., in the United States Courthouse, Frankfort, Kentucky. The undersigned has already received the parties' confidential settlement statements. Should the parties wish to supplement their confidential statements, they shall do so no later than FRIDAY, SEPTEMBER 16, 2011.

Signed August 24, 2011.



TIC:0:08