UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| BETSY BOWEN, Administratrix of the Estate of Michael Wayne Tillman, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3: 10-01-DCR |
| V. | ) ) ) | **THIRD AMENDED** |
| BOBBY WAITS, et al., | ) ) | **SCHEDULING ORDER** |
| Defendants. | ) | |

*** *** *** ***

This matter is pending for consideration of the parties' joint motion to schedule dispositive motion deadline and to remand the motion for summary judgment filed by Defendants Bobby Waits, Bobby McCurdy and Joshua J. Cottrell. Being sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The parties' joint motion [Record No. 43] is **GRANTED**.

(2) No later than **February 13, 2012**, the parties shall file all dispositive motions, motions in limine, and *Daubert* motions.

(3) The pretrial conference and jury trial dates previously scheduled in this matter for February 14, 2012, and March 13, 2012, respectively, are **SET ASIDE**.

(4) This action is assigned for a final pretrial conference before the undersigned on **Tuesday, May 22, 2012**, beginning at the hour of **10:30 a.m.**, at the United States Courthouse in Frankfort, Kentucky.

(5) This action is assigned for a trial by jury before the undersigned on **Tuesday, June 26, 2012**, beginning at the hour of **10:00 a.m.**, at the United States Courthouse in Frankfort, Kentucky. The parties shall be in Court at 8:30 a.m. on that date.

(6) The motion for summary judgment [Record No. 40] filed by Defendants Bobby Waits, Bobby McCurdy and Joshua J. Cottrell is **DENIED**, without prejudice, by agreement of the parties.

The parties are further advised that the Court is not inclined to alter or extend the dates contained in this Third Amended Scheduling Order.

This 1st day of September, 2011.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge